IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.09-CR-30143-MJR |
| ) | |
| JEFFREY L. HEINTZ, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On October 27, 2009, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant (who had waived indictment) entered a guilty plea as to the charge contained in the information.

By Report and Recommendations filed October 29, 2009 (Doc. 10), Judge Proud recommended that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** Judge Proud's Report and Recommendations (Doc. 10), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant Heintz guilty of the offense set forth therein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at **10:00 am on March 12, 2010.**

It Is So Ordered.

Dated November 17, 2009.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge